LATHAM & WATKINS LLP
  Melanie M. Blunschi (SBN 234264)
    *melanie.blunschi@lw.com*
  Patrick K. O'Brien (SBN 292470)
    *patrick.obrien@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (SBN 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | CASE NO. 2:18-cv-01069-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING PHARMANIAGA'S REQUEST TO SEAL DOCUMENTS**<br><br>(***L.R. 140(a)(ii), 141***) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS

**ORDER**

The Court, having reviewed Defendant Pharmaniaga Berhad ("**Pharmaniaga**")'s Request to Seal Documents (the "**Request to Seal**"), submitted on July 13, 2018 in support of Pharmaniaga Berhad's Motion to Dismiss the Complaint ("**Motion**"), hereby orders:

1. The Request to Seal portions of Defendant's Motion to Dismiss is granted;
2. The Request to Seal portions of Idura Affidavit Exh. 2 is granted;
3. The Request to Seal portions of Idura Affidavit Exh. 3 is granted;
4. Unredacted versions of those documents shall be filed under seal and access to the unredacted version of the exhibits to the Petition and Motion shall be limited to the parties and their counsel.

IT IS SO ORDERED.

Dated: July 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS