ANDREW S. AZARMI (Bar No. 241407)
andrew.azarmi@dentons.com
SAMUEL E. KOHN (Bar No. 304881)
samuel.kohn@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198

CHARLES H. CAMP (admitted *Pro Hac Vice*)
ccamp@charlescamplaw.com
LAW OFFICES OF CHARLES H. CAMP, P.C.
600 New Hampshire Avenue NW
Suite 640
Washington, D.C. 20037
Telephone: (202) 457-7786
Facsimile: (202) 457-7788

Attorneys for Plaintiff,
E*HEALTHLINE.COM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | Case No. 2:18-cv-01069-MCE-EFB<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE**<br><br>**[L.R. 144; Fed. R. Civ. P. 6]** |

- 1 -

108598475

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

# JOINT STIPULATION

1.  Plaintiff E*Healthline, Inc. ("EHL") previously granted a two-week extension to Defendant Pharmaniaga Berhad ("Pharmaniaga") to file a responsive pleading to the Complaint in this case.

2.  On July 13, 2018, Pharmaniaga filed its Motion to Dismiss the Complaint ("Motion to Dismiss"), setting it for hearing on August 23, 2018 (Dkt. 20).

3.  On July 19, 2018, the Court vacated the hearing pursuant to Local Rule 230(g) (Dkt. 27) but stated that opposition and reply due dates would remain set in accordance with the original motion hearing date.

3.  EHL and Pharmaniaga believe that it would be appropriate to permit additional time to respond to the Motion to Dismiss.

4.  The parties therefore stipulate and request that the Court order that EHL's opposition to the Motion to Dismiss shall be due on August 23, 2018, and Pharmaniaga's reply shall be due on September 6, 2018.

5.  If the Court elects to reinstate oral argument, the parties respectfully request that the hearing be scheduled on or after September 20, 2018, so that the briefing deadlines will comply with Local Rule 230(c) and (d).

**IT IS SO STIPULATED.**

Date: July 23, 2018          DENTONS US LLP

                             By: /s/Andrew S. Azarmi
                                 Andrew S. Azarmi (Bar No. 241407)
                                 Attorney for Plaintiff
                                 E*HealthLine.com, Inc.

Date: July 23, 2018          LATHAM & WATKINS LLP

                             By: /s/ Melanie M. Blunschi
                                 (as authorized on July 23, 2018)
                                 Melanie M. Blunschi (Bar No. 234264)
                                 Attorney for Defendant
                                 Pharmaniaga Berhad

108598475

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders the following briefing schedule:

Pharmaniaga's Motion to Dismiss shall remain submitted, with EHL's opposition due on August 23, 2018, and Pharmaniaga's reply due on September 6, 2018.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

108598475