UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | No. 2:18-cv-01069-MCE-EFB<br><br>**ORDER** |

Presently before the Court is Plaintiff's Request for Entry of Default as to Defendant Modern Industrial Investment Holding Group Company Limited ("Modern). Having reviewed that Request, the Court is not satisfied that Modern has been properly served as required by the applicable Rules. Nor is the Court at all convinced that it would have jurisdiction over Modern even if service has been properly effectuated.

///
///
///
///
///

1 | Accordingly, Plaintiff's Request (ECF No. 34) is hereby DENIED without prejudice
2 | to refiling. Any renewed request shall include specific information with citation to the
3 | appropriate authorities as to why entry of default is proper in this case.
4 | IT IS SO ORDERED.
5 | Dated: October 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE