ANDREW S. AZARMI (Bar No. 241407)
andrew.azarmi@dentons.com
SAMUEL E. KOHN (Bar No. 304881)
samuel.kohn@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:     (415) 267-4000
Facsimile:     (415) 267 4198

CHARLES H. CAMP (*Pro Hac Vice*)
ccamp@charlescamplaw.com
CAMELLIA MOKRI
cmokri@charlescamplaw.com
LAW OFFICES OF CHARLES H. CAMP, P.C.
600 New Hampshire Avenue NW
Suite 640
Washington, D.C. 20037
Telephone:     (202) 457-7786
Facsimile:     (202) 457-7788

Attorneys for Plaintiff,
E*HEALTHLINE.COM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | Case No. 2:18-cv-01069-MCE-EFB<br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND ORDER**<br><br>Date:   Not applicable<br>Time:   Not applicable<br>Place:  501 I. St.<br>          Sacramento, CA 95814<br>          Courtroom 7, 14th Floor |

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

# JOINT STIPULATION

1. On October 23, 2018, this Court entered an order granting Plaintiff E*Healthline, Inc. ("EHL") leave to file an amended complaint with twenty (20) days. Dkt. 38.

2. Twenty days from October 23, 2018, is November 12, 2018. Veterans Day, a federal holiday occurring on November 11, 2018, will be observed on November 12, 2018. The deadline for EHL to file an amended complaint is therefore November 13, 2018. *See* Fed. R. Civ. P. 6.

3. In the related action *Pharmaniaga Berhad v. E*Healthline.com, Inc.*, case no. 2:17-cv-02672-MCE-EFB (E.D. Cal.) and 18-16917 (9th Cir.), EHL and Defendant Pharmaniaga Berhad ("Pharmaniaga") participated in a 9th Circuit Mediation Assessment on November 6, 2018, in which the parties agreed as a professional courtesy to extend EHL's time to file an amended complaint in this action to November 16, 2018, in order to facilitate that discussion.

4. EHL and Pharmaniaga believe that it would be appropriate to permit additional time to file an amended complaint.

5. The parties therefore stipulate and request that the Court order EHL's amended complaint shall be due on November 16, 2018.

**IT IS SO STIPULATED.**

Date: November 6, 2018        DENTONS US LLP

By: /s/Andrew S. Azarmi
    Andrew S. Azarmi (Bar No. 241407)
    Attorney for Plaintiff
    E*HealthLine.com, Inc.

Date: November 6, 2018        LATHAM & WATKINS LLP

By: /s/ Melanie M. Blunschi
    (as authorized on November 6, 2018)
    Melanie M. Blunschi (Bar No. 234264)
    Attorney for Defendant
    Pharmaniaga Berhad

- 1 -

109557284\V-1

STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND ORDER

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders:

Not later than November 16, 2018, EHL may, but is not required to, file an amended complaint. If no amended complaint is filed, the causes of action dismissed by virtue of the Court's order (ECF No. 38) will be deemed dismissed with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

Dated: November 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE