UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | No. 2:18-cv-01069-MCE-EFB<br><br>**ORDER** |

On August 29, 2018, Plaintiff E*Healthline.com, Inc., ("Plaintiff") sought entry of default against Defendant Modern Industrial Investment Holding Group Company Limited ("Modern"). ECF No. 34. The Court declined to enter default, and Plaintiff has now renewed its request. ECF Nos. 39, 42.

///

///

///

///

///

///

1

The Court is now satisfied that Modern was properly served with summons and has failed to appear within the allowed.  Accordingly, Plaintiff's Motion (ECF No. 42) is GRANTED, and the Clerk of the Court is directed to enter default against Modern.

IT IS SO ORDERED.

Dated:  December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE