UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*Healthline.com, Inc. ,<br><br>    Plaintiff,<br><br>v.<br><br>Pharmaniaga Berhad, et al.,<br><br>    Defendant. | Case No.  2:18-cv-01069-MCE-EFB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Modern Industrial Investment Holding Group Company Limited

January 03, 2019                                    MARIANNE MATHERLY, CLERK

                                                            By: /s/  K. Zignago, Deputy Clerk