1  ANDREW S. AZARMI (Bar No. 241407)
   andrew.azarmi@dentons.com
2  SAMUEL E. KOHN (Bar No. 304881)
   samuel.kohn@dentons.com
3  DENTONS US LLP
   One Market Plaza
4  Spear Tower, 24th Floor
   San Francisco, California 94105
5  Telephone: (415) 267-4000
   Facsimile: (415) 267 4198
6
   CHARLES H. CAMP (*Pro Hac Vice*)
7  ccamp@charlescamplaw.com
   CAMELLIA MOKRI
8  cmokri@charlescamplaw.com
   LAW OFFICES OF CHARLES H. CAMP, P.C.
9  600 New Hampshire Avenue NW
   Suite 640
10 Washington, D.C. 20037
   Telephone: (202) 457-7786
11 Facsimile: (202) 457-7788

12 Attorneys for Plaintiff
   E*HEALTHLINE.COM, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation, | Case No. 2:18-cv-01069-MCE-EFB |
| Plaintiff, | Hon. Morrison C. England, Jr. |
| v. | **ORDER EXTENDING TIME TO RESPOND TO PHARMANIAGA BERHAD'S MOTION TO DISMISS AMENDED COMPLAINT** |
| PHARMANIAGA BERHAD, a Malaysian entity, and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED, a Saudi Arabian entity, | Date: January 24, 2019<br>Time: 2:00 P.M.<br>Place: Courtroom 9<br>Robert T. Matsui Courthouse<br>501 I Street<br>Sacramento, CA 95814 |
| Defendants. | |

The Court, having reviewed Plaintiff E*Healthline.com, Inc.'s ("EHL") Consent Motion For An Extension Of Time To Respond To Pharmaniaga Berhad's Motion To Dismiss Amended Complaint, submitted on December 21, hereby orders:

1. EHL's Consent Motion For An Extension Of Time To Respond To Pharmaniaga Berhad's Motion To Dismiss Amended Complaint is GRANTED;

2. EHL shall respond to Pharmaniaga Berhad's Motion To Dismiss Amended Complaint on or before January 24, 2019;

3. Defendant Pharmaniaga Berhad may reply to EHL's response to Pharmaniaga Berhad's Motion To Dismiss Amended Complaint on or before February 7, 2019

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000