UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | No. 2:18-cv-01069-MCE-EFB<br><br>**ORDER** |

In this case, Plaintiff E*Healthline.com, Inc., ("EHL") pursues causes of action against Defendants Pharmaniaga Berhad ("Pharmaniaga") and Modern Industrial Investment Holding Group Company Limited ("Modern") (collectively "Defendants") under state and federal law stemming from Defendants' alleged misappropriation of trade secrets and confidential information arising out of the parties' collaboration for a potential joint venture to develop a pharmaceutical facility in Saudi Arabia. The Court previously granted two Motions to Dismiss filed by Pharmaniaga finding a lack of personal jurisdiction, and EHL then filed a Second Amended Complaint ("SAC"). Presently before the Court is Pharmaniaga's subsequent Motion to Dismiss (ECF No. 65), which EHL timely opposed.

1

1 | This Court has twice determined that Pharmaniaga was not subject to either
specific or general personal jurisdiction in this district.  In the SAC, EHL adds no material allegations changing the Court's prior conclusions, and those decisions (ECF Nos. 38, 63) are incorporated by reference herein in their entirety.  Because EHL's SAC suffers from the same defects as its prior pleadings, Pharmaniaga's Motion (ECF No. 65) is again GRANTED, this time with prejudice.  This case shall remain open as judgment has not been entered against Defendant Modern.

IT IS SO ORDERED.

Dated: September 10, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE