ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
THOMAS R. WORGER (SBN 311312)
thomas.worger@dentons.com
**DENTONS US LLP**
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
Telephone:    415 267 4000
Facsimile:    415 267 4198

Attorneys for Plaintiff E*HEALTHLINE.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD, a Malaysian entity, and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED, a Saudi Arabian entity,<br><br>Defendant. | Case No. 2:18-CV-01069-MCE-EFB<br><br>**DECLARATION OF DR. YOUSRY MEKHAMER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date:    February 20, 2020<br>Time:    2:00 p.m.<br>Dept:    Courtroom 7<br>Judge:   Morrison C. England, Jr.<br><br>Date Action Filed: April 27, 2018 |

I, Dr. Yousry Mekhamer, declare as follows:

1.  I am Chairman of the Board for Plaintiff E*Healthline.com, Inc. ("EHL"). I make this declaration of my own knowledge. If called to testify, I could and would testify truthfully as to the matters stated in this declaration.

2.  In connection with this action, as explained more fully in EHL's Second Amended Complaint, EHL disclosed its trade secrets and confidential information to Defendants Pharmaniaga Berhad ("Pharmaniaga") and Modern Industrial Investment Holding Group Company Limited ("Modern") (collectively "Defendants").

3.  These trade secrets were comprised of EHL's proprietary information and database (the "database"). EHL's database is collected and compiled from business intelligence regarding

pharmaceutical companies, market research, market forecast and detailed private/retail prescription market data. EHL's database generates formulated and analyzed data providing critical business strategies and actionable fact-based results for measurable business outcomes. EHL's proprietary database creates pharmaceutical sub-sector forecasts through EHL's Drug Expenditure Forecast Model/Application and other tools, incorporating historic trends, macroeconomic variables, epidemiological forecasts, and analyst input, which is weighted by relevance to each market, including detailed market data for the Middle East and North Africa ("MENA").

4. EHL's disclosed trade secrets contained proprietary and confidential information and processes developed by EHL at great expense and over many years. Through EHL's database, Defendants had access to business contacts, business cases, sensitive marketing materials, sales methods, distribution methods, consumer and medication profiles, advertising strategies, manufacturing processes, business models, processes and operational model, necessary software, lists of suppliers, distributors, and manufacturers.

5. EHL began building this database in the first quarter of 2003. As explained more fully in the Second Amended Complaint, Defendants continued to solicit and misappropriate EHL's trade secrets until the announcement of their Joint Venture on May 20, 2013. At the end of 2012, EHL had incurred a total of $55,575,000.00 in historic costs to create and maintain the trade secrets Defendants misappropriated. Attached as **Exhibit A** is a true and correct copy of a table showing the value of EHL's trade secrets. The information specifically covering historic costs incurred by EHL for the creation and maintenance of its trade secrets is reproduced here:

| Trade Secret Subcategory | Historic Cost |
| --- | --- |
| 1. Business Contacts | $900,000.00 |
| 2. Business Case | $1,300,000.00 |
| 3. Sensitive Marketing Materials | $4,100,000.00 |
| 4. Sales Methods | $2,240,000.00 |
| 5. Distribution Methods | $947,000.00 |

DENTONS US LLP
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
415 267 4000

| | |
|---|---|
| 6. Consumer and Medication Profiles | $6,450,000.00 |
| 7. Advertising Strategies | $5,400,000.00 |
| 8. Lists of Suppliers, Distributors, and Manufacturers | $1,587,000.00 |
| 9. Manufacturing Processes | $2,100,000.00 |
| 10. Techniques - Business Model | $11,510,000.00 |
| 11. Processes and Operational Model | $3,500,000.00 |
| 12. Software | $15,541,000.00 |
| **TOTAL** | **$55,575,000.00** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 10th day of January, 2020, in Sacramento, California.

By: _____
Dr. Yousry Mekhamer

DENTONS US LLP
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
415 267 4000

CASE NO. 2:18-CV-01069-MCE-EFB

- 3 -

DECLARATION OF DR. MEKHAMER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

113830057

# Exhibit A

**Trade Secrets**

| Trade Secrets | Historic Cost | Replication Cost[1] | Replacement Cost[2] |
|---|---|---|---|
| 1. Business Contacts | $ 900,000.00 | $ 1,500,000.00 | $ 1,500,000.00 |
| 2. Business case | $ 1,300,000.00 | $ 2,570,000.00 | $ 2,570,000.00 |
| 3. Sensitive Marketing Information | $ 4,100,000.00 | $ 6,500,000.00 | $ 7,000,000.00 |
| 4. Sales Methods | $ 2,240,000.00 | $ 4,500,000.00 | $ 4,500,000.00 |
| 5. Distribution Methods | $ 947,000.00 | $ 1,200,000.00 | $ 1,200,000.00 |
| 6. Consumer and medication Profiles | $ 6,450,000.00 | $ 10,450,000.00 | $ 12,000,000.00 |
| 7. Advertising Strategies | $ 5,400,000.00 | $ 6,000,000.00 | $ 6,000,000.00 |
| 8. Lists of Suppliers, Distributors and Manufactures | $ 1,587,000.00 | $ 1,700,000.00 | $ 2,000,000.00 |
| 9. Manufacturing Processes | $ 2,100,000.00 | $ 2,500,000.00 | $ 2,500,000.00 |
| 10. Techniques – Business Model | $ 11,510,000.00 | $ 20,000,000.00 | $ 22,000,000.00 |
| 11. Processes and Operational Model | $ 3,500,000.00 | $ 3,500,000.00 | $ 3,500,000.00 |
| 12. Software | $ 15,541,000.00 | $ 24,000,000.00 | $ 24,000,000.00 |
|  | $ 55,575,000.00 | $ 84,420,000.00 | $ 88,770,000.00 |

---

[1] This measures the amount of money that would need to be spent in current cost terms in order to develop the intellectual property in exactly the same way and to achieve the same final state as it currently exists. This includes costs incurred on any unsuccessful or inefficient prototypes

[2] This measures the amount of money that would need to be spent in current cost terms in order to develop the intellectual property as it currently exists, but excludes the costs relating to unsuccessful or inefficient prototypes.

©2017 E*HealthLine.com All rights reserved. This material may not be published, broadcast, rewritten, or redistributed   **Confidential**