UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | No. 2:18-cv-01069-MCE-EFB<br><br>**ORDER** |

Plaintiff's Motion for Certification and Entry of Final Judgment (ECF No. 77) is DENIED.

IT IS SO ORDERED.

Dated: May 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1