1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   E*HEALTHLINE.COM, INC., a Delaware        No.  2:18-cv-1069-MCE-EFB
     corporation,
12
                      Plaintiff,
13
                                                ORDER
            v.
14
15   PHARMANIAGA BERHAD, and
     MODERN INDUSTRIAL INVESTMENT
16   HOLDING GROUP COMPANY
     LIMITED,
17
                      Defendants.
18

19         Plaintiff's motion for default judgment against Modern Industrial Investment Holding

20   Group Company Limited ("Modern") was submitted for decision without oral argument by the

21   magistrate judge on February 25, 2020.  The matter was referred to a United States Magistrate

22   Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

23         On September 11, 2020, the magistrate judge filed findings and recommendations herein

24   which contained notice to the parties that any objections to the findings and recommendations

25   were to be filed within fourteen days.  Plaintiff filed objections on September 24, 2020, and they

26   were considered by the undersigned.

27         This Court reviews de novo those portions of the proposed findings of fact to which

28   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

1   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

2   to any portion of the proposed findings of fact to which no objection has been made, the court

3   assumes its correctness and decides the motions on the applicable law.  See Orand v. United

4   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

5   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

6          The Court has reviewed the applicable legal standards and, good cause appearing,

7   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.  The Findings and Recommendations filed September 11, 2020, are ADOPTED in full.

10         2.  Plaintiff's motion for default judgment (ECF No. 81) is DENIED for lack of personal

11   jurisdiction.

12         3.  Having determined that this Court lacks jurisdiction over Plaintiff's claims against

13   Modern, that Defendant is hereby DISMISSED without prejudice.

14         4.  The Clerk of the Court is directed to close this case.

15         IT IS SO ORDERED.

16   Dated:  October 4, 2020

17

18                                                    MORRISON C. ENGLAND, JR.
                                                      SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28