1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (SBN 234264)
2     *melanie.blunschi@lw.com*
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095

5     R. Peter Durning, Jr. (SBN 277968)
   *peter.durning@lw.com*
6     355 South Grand Avenue, Suite 100
   Los Angeles, CA 90071-1560
7  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763

9  Attorneys for Defendants
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | CASE NO. 2:18-cv-01069-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING PHARMANIAGA'S REQUEST TO SEAL DOCUMENTS**<br><br>(***L.R. 140(a)(ii), 141***) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS

**ORDER**

The Court, having reviewed Defendant Pharmaniaga Berhad ("**Pharmaniaga**")'s Request to Seal Document (the "**Request to Seal**"), submitted on November 18, 2020 in support of Pharmaniaga Berhad's Motion for Attorneys' Fees and ("**Motion**"), hereby orders:

1. The Request to Seal portions of Blunschi Affidavit Exh. 10 is granted;
2. Access to the unredacted version of the exhibit 10 to the Blunschi Affidavit shall be limited to the parties and their counsel.

IT IS SO ORDERED.

Dated: December 4, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING
PHARMANIAGA'S REQUEST
TO SEAL DOCUMENTS