LATHAM & WATKINS LLP
  Melanie M. Blunschi (State Bar No. 234264)
    *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

  R. Peter Durning, Jr. (State Bar No. 277968)
    *peter.durning@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant
*Pharmaniaga Berhad*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| E*HEALTHLINE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHARMANIAGA BERHAD and MODERN INDUSTRIAL INVESTMENT HOLDING GROUP COMPANY LIMITED,<br><br>Defendants. | CASE NO. 2:18-cv-01069-MCE-EFB<br><br>The Honorable Morrison C. England, Jr.<br>Courtroom 7<br><br>**ORDER GRANTING DEFENDANT PHARMANIAGA BERHAD'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:  December 17, 2020<br>Time:  2:00 P.M.<br>Place:  Courtroom 7<br>       Robert T. Matsui Courthouse<br>       501 I Street<br>       Sacramento, California 95814 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING DEFENDANT PHARMANIAGA
BERHAD'S
MOTION FOR ATTORNEYS' FEES AND COSTS

ORDER

The Court, having reviewed Defendant Pharmaniaga Berhad ("Pharmaniaga")'s Motion for Attorneys' Fees and Costs ("Motion"), submitted on November 18, 2020, HEREBY ORDERS that the Motion is GRANTED and Pharmaniaga shall be awarded attorney's fees and costs in the amount of £363,331.  The Court declines to award sanctions against counsel pursuant to 28 U.S.C. § 1927.

IT IS SO ORDERED.

Dated:  April 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE